■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN TORRES, Appellant. [700 NYS2d 832] —Judgment, Supreme Court, Bronx County (Caesar Cirigliano, J.,) rendered April 4, 1997, convicting defendant, after a jury trial, of attempted murder in the second degree, attempted assault in the first degree, assault in the second degree and criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of 5 to 15 years, 2 to 6 years, 2 to 6 years, and 3 to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility. · Concur—Sullivan, J. P., Tom, Mazzarelli, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMERY AILES, Appellant. [700 NYS2d 831] —Judgment, Supreme Court, New York County (Franklin Weissberg, J., on speedy trial motion; Jeffrey Atlas, J., at jury trial and sentence), rendered April 1, 1997, convicting defendant of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant's speedy trial motion was properly denied. The adjournment of October 24, 1995, which is dispositive of the speedy trial issue, was properly excluded as a reasonable time for the People to prepare for a suppression hearing (*see, People v Green*, 90 AD2d 705, *lv denied* 58 NY2d 784). This constituted "a reasonable period of delay resulting from * * * pretrial motions" within the meaning of CPL 30.30 (4) (a).

The revised *Sandoval* ruling was an appropriate exercise of the trial court's discretion (*see, People v Pavao*, 59 NY2d 282, 292; *People v Ramos*, 255 AD2d 203, *lv denied* 93 NY2d 856). Concur—Sullivan, J. P., Tom, Mazzarelli, Wallach and Rubin, JJ.